IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Sandra Barber Avery, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv848 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 12, 2012 a Report and Recommendation (Doc. 18).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 19).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Administrative Law Judge committed no reversible error.  The finding of non-disability is supported by substantial evidence in the record as a whole, therefore, the Commissioner's decision to deny Plaintiff DIB and SSI benefits is **AFFIRMED.**  This case is hereby **TERMINATED** from the record.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court